| Date | Pleading Number | |
|---|---|---|
| 6/23/76 | 1. | MOTION  W/SUPPORTING BRIEF -- Def. European-American Banking Corp. -- Exhibits A thru E (complaints in the five actions ; Schedule A and Certificate of Service on involved counsel. REQUESTED TRANSFEREE FORUM: Southern District of New York |
| 6/30/76 | 2 | SUPPLEMENTAL MOTION OF MOVANTS -- To add B-1 w/cert. of service and exhibit F |
| 7/2/76 | | HEARING ORDER -- Setting A-1 through A-5 and B-1 for Hearing July 23, 1976, Chicago, Illinois |
| 7/2/76 | | APPEARANCES -- ALLAN J. BERDON - City National Bank of Detroit DANIEL A. POLLACK - American National Bank & Trust of New Jersey JEFFREY A. BARIST - European-American Banking Corp. PHILIP C. POTTER, JR. - European-American Banking Corp. MICHAEL M. MANEY - European-American Banking Corp. BARBARA W.MATHER, ESQ. - The Fidelity Bank NORMAN R. BRADLEY - First Pennsylvania Bank N.A. EUGENE F. BANNIGAN - United Virginia Bank |
| 7/6/76 | 3 | RESPONSE -- CITY NATIONAL BANK OF DETROIT w/cert. of service |
| 7/6/76 | 4 | RESPONSE -- UNITED VIRGINIA BANK w/cert. of service |
| 7/9/76 | 5 | RESPONSE  -- AMERICAN NATIONAL BANK & TRUST OF N.J. w/cert. of service |
| 7/9/76 | 6 | RESPONSE -- DEUTSCHE BANK w/cert. of service |
| 7/9/76 | 7 | RESPONSE -- DEUTSCHE SCHIFFAHRTSBANK A.G. w/cert. of service |
| 7/9/76 | | APPEARANCE -- ALVIN M. OWSLEY, JR., ESQ. for Texas Commerce Bank National Assn. |
| 7/14/76 | 8 | RESPONSE -- TEXAS COMMERCE BANK NATIONAL ASSN w/cert of service |
| 7/14/76 | 9 | REPLY -- EUROPEAN-AMERICAN BANKING CORP. w/cert. of service |
| 7/23/76 | | WAIVER OF ORAL ARGUMENT -- DEUTSCHE BANK AG by, ROBERT M. KELLY |
| 10/7/76 | | CONSENT OF TRANSFEREE COURT -- Chief Judge Edelstein's consent for Judge Tenney to handle litigation in the S.D.N.Y. under 28 U.S.C. §1407 |
| 10/7/76 | | OPINION AND ORDER -- Transferring A-4, A-5 & B-1 to the S.D. New York to be coordinated or consolidated under 28 U.S.C. §1407 before JUDGE CHARLES M. TENNEY with A-1, A-2 & A-3 |
| 10/21/76 | | C-1, REPUBLIC NATIONAL BANK OF DALLAS V. EUROPEAN-AMERICAN BANKING CORP. FILED ORDER TO SHOW CAUSE TODAY NOTIFIED COUNSEL AND INVOLVED JUDGES. |
| 11/4/76 | | HEARING ORDER -- Setting C-1 Republic National Bank of Dallas v. European American Banking Corp., N.D.Tex, CA3-76-1002-G For Hearing, Dec. 3, 1976 San Diego, California |
| 11/19/76 | | LETTER -- REPUBLIC NATIONAL BANK OF DALLAS -- Acquiseces to OSC w/cert of service |
| 11/30/76 | | WAIVERS OF ORAL ARGUMENT FOR DEC. 3, 1976 HEARING -- Texas Commerce Bank National Assn., European American Banking Corp. City National Bank of Detroit Deutsche Bank AG The Fidelity Bank and United Virginia |
| 12/17/76 | | REPUBLIC NATIONAL BANK OF DALLAS V. EUROPEAN-AM BANKING CORP., N.D.TEX, 3-76-1002-G -- ORDER transferring action to the S.D. New York under 28 U.S.C. §1407 |

DOCKET NO. 264 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MO, Dec. 17, 1976

## Description of Litigation

### IN RE COLOCOTRONIS TANKER SECURITIES LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 2/23/76

Date(s) of Opinion(s) or Order(s) 10/7/76

Consolidation Ordered XX    Name of Transferee Judge  CHARLES H. TENNEY

Consolidation Denied ____    Transferee District  SOUTHERN DISTRICT OF NEW YORK   M-21-19

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United Virginia Bank v. European-American Banking Corporation, et al. | S.D.N.Y. Weinfeld | 76 Civ.2137(EW) | | | 8/9/78 | |
| A-2 | American National Bank & Trust of New Jersey v. European-American Banking Corp. | S.D.N.Y. Tenney | 76 Civ.2072(CHT) | | | 8/9/78 ✓ | |
| A-3 | City National Bank of Detroit v. European-American Banking Corp. | S.D.N.Y. Duffy | 76 Civ.2202(KTD) | | | 11/17/77 | |
| A-4 | The Fidelity Bank v. European-American Banking Corp. | E.D.Pa. Fullam | 76-1543 | 10/7/76 | 76 CIV 4521 | 8/9/78 | |
| A-5 | First Pennsylvania Bank N.A. v. European-American Banking Corp. | E.D.Pa. Huyett | 76-1548 | 10/7/76 | 76 CIV 4522 | 2/30/78 ✓ | |
| B-1 | Texas Commerce Bank National Association v. European-American Banking Corp. | S.D.Texas Bue | 76-H-1058 | 10/7/76 | 76 CIV 4523 | 11/2/78 ✓ | |
| C-1 | Republic National Bank of Dallas v. European-American Banking Corp. | N.D.Tex Higginbotham | CA3-76-1002-G | 12/17/76 (MO) | 76 CIV 5694 | 10/27/78 ✓ | |

July 1978 — 4 TR / 3 XX2 / 1 D15 / 6 Pdg

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 264 -- IN RE COLOCOTRONIS TANKER SECURITIES LITIGATION

UNITED VIRGINIA BANK (A-1)
Eugene F. Bannigan, Esquire
Lord, Day & Lord
25 Broadway
New York, New York  10004

AMERICAN NATIONAL BANK & TRUST
OF NEW JERSEY (A-2)
Daniel A. Pollack, Esquire
Pollack & Kaminsky
61 Broadway
New York, New York  10006

CITY NATIONAL BANK OF DETROIT (A-3)
Allan J. Berdon, Esquire
Hill, Betts & Nash
Suite 5215
One World Trade Center
New York, New York  10048

THE FIDELITY BANK (A-4)
Barbara W. Mather, Esquire
Pepper, Hamilton & Scheetz
2001 The Fidelity Bldg.
Philadelphia, Pa.  19109

FIRST PENNSYLVANIA BANK N.A. (A-5)
Norman R. Bradley, Esquire
Saul, Ewing, Remick & Saul
38th Floor, Centre Square W.
Philadelphia, Pa.  19102

TEXAS COMMERCE BANK NATIONAL (B-1)
Alvin M. Owsley, Jr., Esquire
Baker & Botts
3000 One Shell Plaza
Houston, Texas  77002

REPUBLIC NATIONAL BANK OF
  DALLAS (C-1
J. Carlisle DeHay, Jr., Esq.
Gardere, Porter & DeHay
17th Floor
Republic National Bank Bldg.
Dallas, Texas  75201

DEUTSCHE BANK AG
Jeffrey A. Barist, Esquire
White & Case
14 Wall Street
New York, New York

EUROPEAN-AMERICAN BANKING CORP.
Michael M. Maney, Esquire
Sullivan & Cromwell
48 Wall Street
New York, New YOrk  10005